United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 17-19299-NB
Melvin Dwess Kelly, Sr.                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2        User: ssumlinC            Page 1 of 1              Date Rcvd: Aug 17, 2017
                            Form ID: pdf042           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db              +Melvin Dwess Kelly, Sr.,    5121 Valleyridge Ave.,    View Park, CA 90043-1044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
              Kathy A Dockery (TR)    efiling@CH13LA.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 2



**FILED & ENTERED**

AUG 17 2017

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Melvin Dwess Kelly, Sr.,<br><br>Debtor[s]. | Case No.: 2:17-bk-19299-NB<br><br>Chapter 13<br><br>**ORDER ON DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS**<br><br>Hearing:<br>[No hearing required] |

The debtor has filed a motion for extension of time to file required documents (the "Extension Motion"). The current deadline is August 14, 2017.

This Court has reviewed the Extension Motion, and finds and concludes as follows. First, any extension requires a showing of sufficient cause. Second, a maximum extension generally is two weeks. Third, it is important for parties in interest to have key documents available to them before the meeting of creditors (11 U.S.C. § 341(a)), which is scheduled for September 8, 2017. Taking into consideration the foregoing and the matters set forth in the Extension Motion, it is hereby ORDERED:

1. The Extension Motion is granted as follows: the debtor must file all required documents no later than **September 1, 2017** (the required documents are listed in notice(s) from this Court that have been mailed to the debtor and are available on the docket).

###

Date: August 17, 2017

Neil W. Bason
United States Bankruptcy Judge

2